IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Carpenters Trust Funds *(Health and Welfare Fund, Apprenticeship & Training Fund, Vacation & Holiday Fund, Market Recovery Program, Financial Security Fund, Drywall Training Fund, 401-K Fund by its trustees)*,<br><br>      Plaintiff(s),<br><br>   vs.<br><br>Structural Dynamics, Inc., John Does 1-100, Jane Does 1-100, Doe Corporations 1-100, Doe Partnerships 1-100, Doe Entities 1-100 & Doe Governmental Units 1-100,<br><br>      Defendant(s).<br>_____ | 1:10-CV-00212-HG-BMK<br><br>ORDER ADOPTING FINDING AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANT STRUCTURAL DYNAMICS, INC. (Doc. 13) |

<u>ORDER ADOPTING FINDING AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANT STRUCTURAL DYNAMICS, INC. (Doc. 13)</u>

Findings and Recommendation having been filed and served on all parties on September 2, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C)

and Local Rule 74.2, the Findings and Recommendation (Doc. 13) are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, September 30, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

cc:all parties of record